## LAWRENCE DRAPER V. THE STATE.

No. 20904.   Delivered March 6, 1940.

The opinion states the case.

No attorney for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

The offense is drunkenness in a public place; punishment, a fine of $10.00.

The record before us fails to disclose that notice of appeal was given and entered upon the minutes of the court below. In the absence of such a showing this court is without jurisdiction to determine the matters presented for review. Art. 827, C. C. P.

The appeal is dismissed.